## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**RUSSELL L. HAMMONDS and**
**ROBERTO STEVE RODRIGUEZ,**

    **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　**No. CIV 16-1230 GBW/LAM**

**UNITED STATES OF AMERICA,**

    **Defendant.**

## ORDER ADOPTING JOINT STATUS REPORT AND
## PROVISIONAL DISCOVERY PLAN WITH CHANGES

At the Rule 16 scheduling conference held on April 12, 2017, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan [*Doc. 22*], filed March 29, 2017, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**